ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 4:11 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 4:11:55 PM
CHRISTOPHER A. PRINE
Clerk

**Robert Edward Battaile**

502 E. Eggleston St., Unit B

Manor, TX 78653

(512) 662-2955

robert@manortx.us

**September 22, 2025**

**Via E-File**

**Letter to Clerk Regarding Clerk's and Reporter's Records**
**Velva L. Price**

Travis County District Clerk

Attn: Appeals Section

1000 Guadalupe Street, Room 302

Austin, TX 78701

**cc:** Christopher A. Prine, Clerk of the Court, 15th Court of Appeals

**Re: Request for Clerk's and Reporter's Records — Cause No. D-1-**

**GN-25-000719, Robert Edward Battaile v. State of Texas, et al. (Appeal No.**

**03-25-00484-CV, 3rd Court of Appeals; transferred to Appeal No.**

**15-25-00142-CV, 15th Court of Appeals)**

Dear Ms. Price and Mr. Prine:

I respectfully submit this request regarding the appellate records in the above-

referenced matter:

**1    Clerk's Record – Complete Copy Requested**

I request a full copy of the Clerk's Record as transmitted in this appeal. Electronic copies or a link to the full files is acceptable. I am especially concerned about the transition period after judgment in the 459th District Court, through the 3rd Court of Appeals, and before the case was formally docketed in the 15th Court of Appeals. Please ensure that all motions and filings made during this transfer period are included or noted and soon supplemented.

**2    Reporter's Record – July 3, 2025 Hearing (Judge Martha Hill Jamison)**

I was not noticed and did not appear. Apparently, no record exists. Thus, I specifically request the **Reporter's Record Status Report** or equivalent certification explaining why the proceeding was not recorded; and whatever minimal record exists of the hearing.

**3    Reporter's Records Already Compiled – Request for Access**

Per my conversation with Mr. Prine, the Reporter's Record has already been filed in a five-volume set, including an index and four hearings. Mr. Prine, I respectfully request the link or access instructions for those volumes so that I

may review the transcripts already in the appellate record.

I am filing this correspondence both with the Travis County District Clerk and with the 15th Court of Appeals to ensure the appellate court is aware of these concerns and may confirm receipt of a complete and accurate record.

Thank you for your assistance.

Respectfully,

_____/s/ *Robert Edward Battaile*_____
Robert Edward Battaile, Appellant / Pro Se

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing correspondence was served on all counsel and parties of record on September 22, 2025, via the eFileTexas system.

___/s/ *Robert Edward Battaile*___
Robert Edward Battaile, Pro Se

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 105921764
Filing Code Description: Letter
Filing Description: Letter to Clerk Regarding Clerk's and Reporter's Records
Status as of 9/22/2025 4:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 9/22/2025 4:11:55 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 9/22/2025 4:11:55 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 9/22/2025 4:11:55 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 9/22/2025 4:11:55 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 9/22/2025 4:11:55 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 9/22/2025 4:11:55 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/22/2025 4:11:55 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 9/22/2025 4:11:55 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 9/22/2025 4:11:55 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 9/22/2025 4:11:55 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 9/22/2025 4:11:55 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 9/22/2025 4:11:55 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 9/22/2025 4:11:55 PM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 9/22/2025 4:11:55 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 9/22/2025 4:11:55 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 9/22/2025 4:11:55 PM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 9/22/2025 4:11:55 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 9/22/2025 4:11:55 PM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 9/22/2025 4:11:55 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 9/22/2025 4:11:55 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 9/22/2025 4:11:55 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/22/2025 4:11:55 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 105921764
Filing Code Description: Letter
Filing Description: Letter to Clerk Regarding Clerk's and Reporter's Records
Status as of 9/22/2025 4:47 PM CST

Case Contacts

| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/22/2025 4:11:55 PM | SENT |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 9/22/2025 4:11:55 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/22/2025 4:11:55 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/22/2025 4:11:55 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 9/22/2025 4:11:55 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 9/22/2025 4:11:55 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 9/22/2025 4:11:55 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 9/22/2025 4:11:55 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 9/22/2025 4:11:55 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 9/22/2025 4:11:55 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 9/22/2025 4:11:55 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 9/22/2025 4:11:55 PM | SENT |
| Emily Hill | | ehill@manortx.gov | 9/22/2025 4:11:55 PM | SENT |
| Anne Weir | | aweir@manortx.gov | 9/22/2025 4:11:55 PM | SENT |